

FILED

7/29/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SURF MOORE,                                )
                                           )
    Plaintiff,          )
                                           )
    v.                  )        Civil Action No. 1:20-cv-01970 (UNA)
                                           )
NATIONAL SECURITY AGENCY, *et al.*,        )
                                           )
    Defendants.         )

### <u>DISMISSAL ORDER</u>

It is hereby

**ORDERED** that plaintiff's application for leave to proceed *in forma pauperis* [2] is

**GRANTED**, and it is further

**ORDERED** that the complaint [1] and this civil action are **DISMISSED WITHOUT**

**PREJUDICE** under Federal Rule of Civil Procedure 8(a) for substantially the same reasons stated

in the memorandum opinion issued in *Moore v. Justice Dep't*, No. 14-cv-1386 (UNA) (D.D.C.

filed Aug. 12, 2014).

This is a final appealable order.

                    _____/s/_____
                    JAMES E. BOASBERG
                    United States District Judge

Date: July 29, 2020